United States District Court
Southern District of Texas

**ENTERED**

February 13, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESE ENUMA CHINWE OBIABAKA, *et al.*, | § § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03074 |
| | § | |
| UR M JADDOU, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On December 4, 2024, the pending Motion to Dismiss (Dkt. 11) in this matter was referred to United States Magistrate Judge Dena H. Palermo under 28 U.S.C. § 636(b)(1). (Dkt. 12). Judge Palermo filed a Report and Recommendation on January 29, 2025, recommending that this motion (Dkt. 11) be granted because Plaintiff Uva's claim is moot and Plaintiff Obiabaka's claim does not satisfy the requirements of subject matter jurisdiction. (Dkt. 16).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Palermo's Report and Recommendation (Dkt. 16) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     This case is **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on February 13, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE